

# NUMBER 13-22-00571-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

AIDE LOPEZ,                                                                              Appellant,

v.

STATE FARM LLOYDS,                                                           Appellee.

### On appeal from the County Court at Law No. 2
### of Cameron County, Texas.

## MEMORANDUM OPINION

### Before Chief Justice Contreras and Justices Benavides and Tijerina
### Memorandum Opinion by Justice Tijerina

Appellant Aide Lopez filed an appeal in this cause from a judgment entered by County Court at Law No. 2 in Cameron County. This appeal was abated on July 31, 2023. Subsequently, appellant filed an unopposed motion to dismiss the appeal, stating that she no longer wishes to pursue her appeal.

Having considered the documents on file and the unopposed motion, this Court is

of the opinion that appellant's motion should be granted, and the appeal should be dismissed. *See* TEX. R. APP. P. 42.3(a). Accordingly, the case is hereby reinstated. We grant appellant's motion, and appellant's appeal is hereby dismissed. Costs will be taxed against appellant pursuant to the parties' request. *See id.* R. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal pursuant to the appellant's motion, no motion for rehearing will be entertained.

JAIME TIJERINA
Justice

Delivered and filed on the
22nd day of February, 2024.